

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

Nos. 06-13-00063-CR &
06-13-00064-CR

_____


BRIAN PORTER, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court Nos. 09F0430-202 & 09F0526-202


Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Brian Porter appeals from his convictions for burglary of a habitation and forgery. Appellant's counsel has informed this Court that Appellant's written motion for continuance, ostensibly filed in the trial court, is missing. Counsel states that he has searched the files of the district clerk, the district attorney, and the trial attorney in an attempt to locate the missing motion. Counsel has also contacted the trial court in an attempt to locate the motion. The trial court docket indicates that the "motion for continuance filed by D is denied."

We abate this appeal to the trial court pursuant to Rule 34.5(e) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 34.5(e). The trial court is to conduct a hearing and determine whether the missing portion of the clerk's record is lost, and, if so, whether it can be in some fashion replaced by agreement of the parties.

The hearing shall be conducted by the trial court within twenty days of the date of this order, on or before August 26, 2013. The trial court's findings concerning the above matters shall be provided in a supplemental clerk's record. The supplemental clerk's record and the reporter's record of that hearing shall be prepared immediately, and shall be received by this Court no later than September 9, 2013. No extensions will be granted.

All appellate timetables are stayed pending further notice of this Court.

IT IS SO ORDERED.

BY THE COURT

Date:   August 6, 2013